UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGRI-MARKETING, INC., *doing business as* USA GYPSUM, | : : : |
| Plaintiff, | : : |
| v. | : No. 5:17-cv-00627 |
| PROTERRA SOLUTIONS, LLC; STANLEY GIBSON; DEDORAH GIBSON; and MARK LAFON, | : : : : |
| Defendants. | : : |

# O R D E R

**AND NOW**, this 20th day of March, 2018, upon consideration of Defendants' Motion to Dismiss, ECF No. 14, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that Defendants' Motion, ECF No. 14, is **GRANTED in part and DENIED in part** as follows:

1. Defendants' motion to dismiss the Second Amended Complaint for improper venue is **DENIED**;

2. Defendants' Motion to dismiss Counts III, IV, and V of the Second Amended Complaint is **GRANTED** and the claims alleged in those counts are **DISMISSED** with prejudice;

3. Plaintiff's request for "fees" is **STRICKEN**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge